UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOLENE THOMPSON,
Personal Representative of the
Estate of Mirian L. Patulski,   Case No. 1:15-cv-828

    Plaintiff,   HON. JANET T. NEFF

v.

BRUCE A. PATULSKI,

    Defendant.
_____/

## **ORDER**

Defendant, proceeding *pro se*, removed this estate matter from the Manistee County Probate Court. The Magistrate Judge issued a Report and Recommendation (Dkt 11), recommending that this action be remanded for lack of subject matter jurisdiction. Defendant filed his Objection to the remand (Dkt 13), but he advances no cognizable grounds to overcome the lack of jurisdiction or the Magistrate Judge's determination that this case is properly remanded to state court.

In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court denies the objection and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. This case will be remanded to the Manistee County Probate Court.

Because this action was filed *in forma pauperis*, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007). Therefore,

**IT IS HEREBY ORDERED** that the Objection (Dkt 13) is DENIED, and the Report and Recommendation (Dkt 11) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this case is REMANDED to the Manistee County Probate Court.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of this decision would not be taken in good faith.


Dated: November 6, 2015     /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge